COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Ricardo Estrada v. The State of Texas

Appellate case number:   01-13-00650-CR

Trial court case number:  67751

Trial court:             239th District Court of Brazoria County

Appellant, Ricardo Estrada, pleaded guilty to a jury to three counts of the felony offense of aggravated sexual assault of a child. *See* TEX. PENAL CODE ANN. § 22.021(a)(1)(B) (West 2011). The jury assessed punishment and, in accordance with the jury's assessment, the trial court sentenced appellant as follows: (1) for count one, appellant was sentenced to 10 years' imprisonment with imposition of the sentence suspended and appellant placed on community supervision for a period of 10 years; (2) for count two, appellant was sentenced to 7 years' imprisonment; and (3) for count three, appellant was sentenced to 13 years' imprisonment. The trial court further ordered that the sentences for counts two and three shall run consecutively, but the sentence for count one is to run concurrently with the sentences for counts two and three.

Although the trial court pronounced judgment in open court as to all three counts, the written judgment in the clerk's record only pertains to counts two and three; the clerk's record does not contain a written judgment with respect to count one. Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings. We direct the trial court to provide a written judgment reflecting its oral pronouncements for count one. *See* TEX. CODE CRIM. PRO. art. 42.01.

The trial court is directed to file a supplemental clerk's record containing the written judgment for count one no later than 20 days from the date of this order. This appeal will be reinstated on this Court's active docket when the supplemental clerk's record containing the requested written judgment is filed in this Court.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                  ☒ Acting individually    ☐ Acting for the Court

Date:  May 6, 2014